# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VERSIE JONES

VERSUS

JWTC-LOUISIANA, LLC, AND XYZ
INSURANCE COMPANY

NO.   2019 CW 0883

**JULY 30, 2020**

---

In Re:     Preferred Contractors Insurance Company Risk Retention
           Group, LLC, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 662044.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT   DISMISSED.**     This   writ   application   is   dismissed
pursuant to relator's motion advising the parties have reached
an amicable compromise and requesting that this writ application
be dismissed.

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT